WRIGHT, Respondent, v. SEGAR, Appellant.

*(Supreme Court, General Term, Fourth Department. February 11, 1890.)*

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Motion granted, with $10 costs, and judgment affirmed, with $20 costs of the appeal, and disbursements.

---

*In re* YOUMANS.

*(Supreme Court, General Term, Fourth Department. February 11, 1890.)*

For former report, see 6 N. Y. Supp. 946.

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

PER CURIAM. Proceedings dismissed unless report of the referee be procured and filed with the clerk of Onondaga county during the next term of this court; and it is further ordered that the notice of motion and affidavit accompanying the same, and the affidavit of C. H. Bell in opposition thereto, presented at this term of the court, be transmitted to the clerk of Onondaga county.

---

BECKER v. SMITH.

*(Supreme Court, General Term, Fifth Department. October 19, 1889.)*

No opinion. Order affirmed, with $10 costs and disbursements. BARKER, P. J., not voting.

---

BERSTEIN v. MEECH.

*(Supreme Court, General Term, Fifth Department. October 19, 1889.)*

No opinion. Judgment and order affirmed.

---

BRIDGMAN v. VACUUM OIL CO.

*(Supreme Court, General Term, Fifth Department. October 19, 1889.)*

Argued before BARKER, P. J., and DWIGHT, J.

Judgment and order affirmed on the opinion of BARKER, P. J., in *Lee* v. *Oil Co.*, 7 N. Y. Supp. 426.

---

BRIGGS v. LANGFORD.

*(Supreme Court, General Term, Fifth Department. October 19, 1889.)*

No opinion. Order affirmed, with $10 costs and disbursements, in accordance with opinion in *Briggs* v. *Langford*, 7 N. Y. Supp. 358.

---

BRYANT v. TOWN OF RANDOLPH.

*(Supreme Court, General Term, Fifth Department. October 19, 1889.)*

No opinion. Order affirmed, with $10 costs and disbursements. Motion for reargument denied. For former report, see 6 N. Y. Supp. 438.